IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CARL BRADLEY<br>15801 Pinecroft Lane<br>Bowie, Maryland   20716 | :<br><br>: |
| Plaintiff | : |
| vs. | :   Case No. |
| HERITAGE HEALTHCARE, INC.<br>536 Old Howell Road<br>Greenville, South Carolina   29615 | :<br><br>: |
| <u>Serve</u>:<br>The Corporation Trust Incorporated<br>351 West Camden Street<br>Baltimore, Maryland   21201 | :<br>:<br><br>: |
| Defendant | : |

## COMPLAINT FOR MEDICAL MALPRACTICE

Comes now the Plaintiff, Carl Bradley, by and through his attorneys, McCarthy & Winkelman, L.L.P. and Kevin J. McCarthy, and files this claim against the Defendant, Heritage Healthcare, Inc., and for cause, states as follows:

## THE PARTIES

1.   That the Plaintiff Carl Bradley, at all times pertinent to this case has been a resident of the State of Maryland, presently recovering at Johns Hopkins Bayview Care Center, 5505 Hopkins Bayview Circle, Baltimore, Maryland 21224.

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

2. That the Defendant Heritage Healthcare, Inc. is a non-resident corporation with its headquarters in South Carolina. Said corporation provides long term care and assisted living at various facilities in numerous states throughout the United States.

3. That in particular, the Defendant Heritage Healthcare, Inc. operates several facilities throughout Maryland, including Charlotte Hall Veterans Home in Charlotte Hall, Maryland.

**JURISDICTION AND VENUE**

4. That this is an action for personal injuries suffered by the Plaintiff as a result of the breach of the standard of care and/or negligence by the Defendant in caring for the Plaintiff resulting or causing numerous injuries, including, but not limited to, above-the-knee amputations of both lower extremities.

5. That the incident occurred at Charlotte Hall, Maryland.

6. That the Plaintiff is a resident of Maryland.

7. That as a result of injuries herein alleged, the Plaintiff has received, and will in the future continue to receive, medical and hospital care and treatment provided by and through the United States of America. The Plaintiff, for the sole use and benefit of the U.S.A., under the provisions of 42 U.S.C., §§ 2651-2653 et. seq. and 10 U.S.C., § 1095, and with its express consent, asserts a claim for the cost of said medical and hospital care and treatment and the value of future care.

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

8. That the Defendant is a non-resident corporate business enterprise with its principal office in South Carolina.

9. That there is a complete diversity of citizenship between the parties and the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars. Accordingly, there is jurisdiction in this Court under 28 U.S.C. 1332.

## COUNT I

10. That the Plaintiff Carl Bradley was admitted to said Charlotte Hall Veterans Home in September of 2011.

11. That after being admitted, the Plaintiff Carl Bradley's health has deteriorated.

12. That prior to October 2012, the Plaintiff Carl Bradley was diagnosed with quadriparesis, secondary to cervical myelopathy, spinal stenosis, cervical and lumbar spondylosis and peripheral vascular disease.

13. That prior to October 2012, the Plaintiff Carl Bradley had developed lesions and ulcerations on his extremities but with appropriate care, he was able to heal these without further complications.

14. That in the fall of 2012, the Plaintiff Carl Bradley failed to follow the instructions of his nurses in bathing. He had been scheduled, after completing his bathing, to receive treatment which was critical both in preventing and treating decubitus ulcers. When he failed to follow the commands of his nurses, however, this treatment was withheld. The actions of the nurses in doing this were not communicated to the medical

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

staff, and there was no supervision in place to adequately provide oversight to discover these serious breaches of the standard of care in withholding treatment or deliberately failing to provide treatment.

15. That subsequently, the Plaintiff Carl Bradley developed a decubitus ulcer or ulcers on his right outer calf, which ulcer or ulcers were not discovered by the agents, servants and/or employees of Heritage Healthcare, Inc. until these ulcers were already in Stage III on November 12, 2012.

16. That thereafter, the Defendant Heritage Healthcare, Inc. failed to notify the wound care doctor or wound clinic of this condition until early in December 2012 when Plaintiff was transferred to the wound clinic. At that time, when the dressing was taken off of the Plaintiff Carl Bradley's leg at the wound clinic on December 11, 2012, the wound was found to be at Stage IV, necrotic and actually exposing bone.

17. That failure of the Defendant Heritage Healthcare, Inc. and its agents, servants and employees, to find the ulceration or ulcerations of the Plaintiff Carl Bradley's right outer leg prior to the time it became Stage III was a breach of the standard of care.

18. That it was also a breach of the standard of care in failing to adequately supervise the care that was being given to the Plaintiff Carl Bradley. Proper supervision would have discovered the care and treatment that was being withheld and this ulceration on the Plaintiff Carl Bradley's right outer leg prior to it becoming Stage III. Proper

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

supervision would have dramatically increased the chances of successfully treating this condition or of preventing the same from developing.

19. That it was also a breach of the standard of care in not treating this ulcer properly after it was discovered for the next two (2) weeks or more prior to transferring the Plaintiff Carl Bradley to the wound care clinic. That it was also a breach of the standard of care in failing to timely notify the wound care specialist of the condition that was discovered on November 12, 2012. Had this specialist been notified, treatment could have been initiated and the ulceration healed as had happened previously. Although Mr. Bradley had some vascular disease, he had demonstrated on prior occasions the ability to heal ulcerations such as developed in this case.

20. That as a result of these breaches of the standard of care, Plaintiff Carl Bradley was forced to undergo continuous and painful medical care and treatment, including several surgeries, eventually requiring above-the-knee amputations of both lower extremities. Since these amputations, Plaintiff has also developed additional problems because of his inability to ambulate at this time.

21. That since the development of these decubitus ulcers, Plaintiff has experienced, and continues to experience, severe excruciating pain, suffering, anxiety and loss of both lower extremities above the knee. He has also had his ability to ambulate severely restricted.

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

22. That the Plaintiff has also incurred, and will continue to incur, significant medical expenses for the remainder of his life.

23. That also as a result of said injuries the Plaintiff has received, and will in the future continue to receive, medical and hospital care and treatment provided by and through the United States of America. The Plaintiff, for the sole use and benefit of the United States of America, under the provisions of 42 U.S.C. §§ 2651-2653 et seq. and 10 U.S.C. § 1095, and with its express consent, asserts a claim for the cost of said medical and hospital care and treatment and the value of future care.

24. That all injuries that Plaintiff has suffered were caused or contributed by the breach of the standard of care by Heritage Healthcare, Inc. and its agents, servants and employees.

25. That the Plaintiff Carl Bradley has satisfied all conditions precedent to the filing of this Complaint, including, but not limited to, notice under any statute, exhaustion of administrative processes and satisfaction of any requirement of any type prior to the filing of this Complaint.

26. That venue is proper in the United States District Court for the Southern District of Maryland.

27. That the amount in controversy exceeds the jurisdictional limit of Seventy-Five Thousand ($75,000.00) Dollars for health care matters and the jurisdictional limits for cases in the United States District Court for the Southern District of Maryland.

MCCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

WHEREFORE, the Plaintiff Carl Bradley brings this action against the Defendant Heritage Healthcare, Inc. and claims an amount in excess of the jurisdictional limits for healthcare cases of Seventy-Five Thousand ($75,000.00) Dollars, and in excess of the jurisdictional limits for filing of cases in the United States District Court for the Southern District of Maryland.

McCARTHY & WINKELMAN, L.L.P.

By: _____
Kevin J. McCarthy
4300 Forbes Boulevard, Suite 205
Lanham, Maryland 20706-4314
301-262-7422
301-262-0562 (fax)
kmccarthy@mccarthywinkelman.com
*Attorneys for Plaintiff*

**DEMAND FOR JURY TRIAL**

The Plaintiff hereby demands a trial by jury as to all issues herein contained.

By: _____
Kevin J. McCarthy

McCARTHY
&
WINKELMAN
L.L.P.
4300 FORBES BOULEVARD
SUITE 205
LANHAM, MD 20706
PHONE 301-262-7422
FAX 301-262-0562

- 7 -