IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CARL BRADLEY | : | |
| Plaintiff | : | |
| vs. | : | Case No. 8:13-cv-03148-JFM |
| HERITAGE HEALTHCARE, INC. | : | |
| Defendant | : | |

## LINE OF DISMISSAL

Please dismiss the above-captioned matter, including any potential claim for wrongful death and/or survival since the Plaintiff has died since this matter was filed. (Attached are copies of the Death Certificate (Exhibit 1) and Letters of Administration (Exhibit 2).)

McCARTHY & WINKELMAN, L.L.P.

___3/4/14___  By: _____
Date            Kevin J. McCarthy, Bar No. 00711
               4300 Forbes Boulevard, Suite 205
               Lanham, Maryland 20706-4314
               301-262-7422
               301-262-0562 (fax)
               kmccarthy@mccarthywinkelman.com
               *Attorneys for Plaintiff*

|  |  |
|---|---|
|  | LAW OFFICES OF ECCLESTON AND WOLF, P.C. |
| 2/18/14 | By: _____ |
| Date | Stephen M. Cornelius, Bar No. 29975 |
|  | Baltimore-Washington Law Center |
|  | 7240 Parkway Drive, 4th Floor |
|  | Hanover, Maryland 21076 |
|  | 301-262-7422 |
|  | 301-262-0562 (fax) |
|  | cornelius@ewmd.com |
|  | *Attorneys for Defendant Heritage Healthcare, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

CARL BRADLEY                         :

    Plaintiff                    :

vs.                                  :   Case No. 8:13-cv-03148-JFM

HERITAGE HEALTHCARE, INC.            :

    Defendant                    :


EXHIBIT 1

CERTIFICATION OF VITAL RECORD

# STATE OF MARYLAND
## Department of Health and Mental Hygiene
### Division of Vital Records

Please Type or Print in Black Indelible Ink. Ensure All Copies Are Legible.
Amend #14, per fh, 23a-c, per phy, g94 / 1-28-14 SM
State of Maryland / Department of Health and Mental Hygiene

**Certificate of Death**

Reg. No. ___

| Field | Value |
|---|---|
| 1. Decedent's Name (First, Middle, Last) | Carl Bradley |
| 2. Date of Death | 12-30-2013 |
| 3. Time of Death | 4:10 AM |
| 4a. Facility Name | Fairfield Nursing & Rehab Center |
| 4b. City, Town, or Location of Death | Crownsville |
| 4c. County of Death | Anne Arundel |
| 5. Social Security Number | 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 |
| 6. Sex | M |
| 7. Age | 76 Yrs. |
| 8. Date of Birth | 04/09/1937 |
| 9. Birthplace | Long Branch, New Jersey |
| 10a. State | MD |
| 10b. County | Prince George's |
| 10c. City, Town or Location | Bowie |
| 10d. Inside City Limits | No |
| 10e. Street and Number | 15801 Pinecroft Lane |
| 10f. Zip Code | 20716 |
| 10g. Citizen of What Country | U.S.A. |
| 11. Marital Status | Widowed |
| 12. Was Decedent Ever in U.S. Armed Forces? | Yes, Navy, 1955-1975 |
| 13. Was Decedent of Hispanic Origin? | No |
| 14. Race | African American |
| 15. Decedent's Education | Elementary/Secondary (0-12) 11 |
| 16a. Decedent's Usual Occupation | Store Keeper |
| 16b. Kind of Business/Industry | Aviation |
| 17. Father's Name | Burton Bradley |
| 18. Mother's Name | Edmonia Jordan |
| 19a. Informant's Name/Relationship | Carl Bradley/Son |
| 19b. Mailing Address | 13112 Belle Meade Trace, Bowie, MD 20720 |
| 20a. Method of Disposition | Cremation |
| 20b. Place of Disposition | Huntt Crematory |
| 20c. Location | Waldorf, MD |
| Date | 1/03/2014 |
| 22. Name and Address of Facility | Robert E. Evans Funeral Home, 16000 Annapolis Road, Bowie, MD 20715 |

23a. Part 1. Cause of death:
- Immediate Cause: Dementia Arrythmias
- Due to: Chronic Stage 4 Pressure Ulcers
- Due to: Pulmonary Embolism / Dementia
- Due to: Aortic Stenosis

29b. Signature and title of certifier: Mahboob, MD
29c. License number: D0070693
29d. Date signed: 12-30-2013

30. Name and address of person who completed cause of death: SYED MAHBOOB, 6934 Aviation Blvd, Suite B, Glen Burnie, MD 21061

31. Date filed: JAN 02 2014
32. Registrar's Signature: Geneva B. Sparks

DHMH 17 Rev 06-2011

1662839

Date Issued: January 24, 2014

I HEREBY CERTIFY THAT THIS DOCUMENT IS A TRUE COPY OF A RECORD ON FILE IN THE DIVISION OF VITAL RECORDS.

*Geneva B. Sparks*
STATE REGISTRAR

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| CARL BRADLEY | : | |
| Plaintiff | : | |
| vs. | : | Case No. 8:13-cv-03148-JFM |
| HERITAGE HEALTHCARE, INC. | : | |
| Defendant | : | |

EXHIBIT 2



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. <u>95767</u>

I certify that administration of the Estate of

<u>CARL BRADLEY</u>

was granted on the <u>28th</u> day of <u>FEBRUARY, 2014</u> ,

to <u>CARL MARTIN HENRICUS BRADLEY AND ANNA-MARIE WILLIAMS</u>

as personal representative(s) and the appointment is in effect

this <u>28th</u> day of <u>FEBRUARY, 2014</u>

☐ Will probated _____
                                 (date)

☑ Intestate estate

☐ Unprobated Will - Probate Not Required

*Cereta A. Lee* (signature)

CERETA A. LEE

**Register of Wills for**

PRINCE GEORGE'S COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1107

ROWNET
11/2009